Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870


May 30, 2019


Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 7000
Richmond, Virginia 23219

Dear Clerk:

Please find enclosed a §1983 Civil Action Complaint, an Affidavit of Exhaustion of Grievance Procedure, and a Motion for Leave to Proceed In Forma Pauperis with an attached In Forma Pauperis Affidavit which I ask you to file in this court. I humbly ask you to acknowledge receipt of the enclosed documents and advise me of the date they were received and filed. If you have any questions or concerns regarding this matter, please do not hesitate to contact me.


Sincerely,

U. Rowe

Uhuru Baraka Rowe

RECEIVED
MAY 31 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA