## AFFIDAVIT OF EXHAUSTION OF GRIEVANCE PROCEDURE

I, Uhuru Baraka Rowe, #1131545, the Plaintiff herein, declare under the penalty of perjury that I have exhausted all available administrative remedies of the adult institutional inmate grievance procedure to the extent required and permitted by the Virginia Department of Corrections and its regulations.

Executed on this 29th day of May, 2019.

*Uhuru Rowe*
Uhuru Baraka Rowe, Plaintiff