# Exhibit B



VIRGINIA  
DEPARTMENT OF CORRECTIONS

Offender Work Program Job Counseling/Suspension and Termination 841_F16_11-16

## Offender Work Program Job Counseling/Suspension and Termination

Offender Name: Uhuru Rowe  Number: 1131545 (1810)
Job Assignment: DCE Tutor  Supervisor: DCE Teacher

☐ COUNSELING  ☐ SUSPENSION   ☐ COUNSELING  ☐ SUSPENSION
Start Date:   End Date:         Start Date:   End Date:
Reason for Action: _____   Reason for Action: _____

Offender Signature  Date   Offender Signature  Date
Staff Signature  Date   Staff Signature  Date
Copy Counseling/Suspension to Security Supr., Work PAR., Offender   Copy Counseling/Suspension to Security Supr., Work PAR., Offender

An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.

### TERMINATION REQUEST

Date: 5/25/2018   ☐ Suspended, Date: _____   Disciplinary Charge Pending ☐ Yes ☐ No

Reason(s) for Termination: Due to Administrative reasons, at this time, you will not be permitted to work in the DCE area.

*M Bradley*   M. Bradley   5-30-2018
Staff Signature  Name Printed  Date
Copy Termination Request to Security Work Supervisor and offender. Forward original Termination Request to Work PAR

An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.

### WORK PAR/ ADMINISTRATIVE TERMINATION REVIEW

☑ Approved  ☐ Disapproved   ☑ Approved  ☐ Disapproved
Comments:         Comments:
*Shaw*  5-30-18     *Taylor*  5-30-18
Work PAR Signature  Date   Reviewer Signature  Date

Revision Date: 11-3-16