

# Exhibit C



VIRGINIA
DEPARTMENT OF CORRECTIONS
SUSSEX II STATE PRISON

Offender Request 801_F3A_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Rowe | Uhuru | B | 1131545 | 1B-10 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
|  | Owen | | 6/28/18 | |

TO: ☐ Counselor  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Mailroom
☐ Unit Manager  ☐ Mental Health  ☐ Education  ☐ Hearings  ☐ Accounting
☐ Ombudsman  ☐ Dentist  ☐ Food Service  ☐ Recreation  ☐ Commissary
☐ IPM-Programs Mgr.  ☐ Chaplain  ☐ Workforce Specialist  ☐ Enterprise Laundry  ☐ Laundry
☐ EBP Manager  ☐ Assistant Warden  ☐ Warden  ☑ Other  L. Shaw, Senior Counselor

**CHECK PURPOSE:** ☐ Appointment Request (Applicable departments only.) ☑ Question/Statement

I am writing to further insight to the termination of my job as a DCE Tutor on 5/30/18. Per the Implementation Manual for O.P. 841.2, if the reason for the termination of my job is that my behavior presents a threat to the orderly operations of the work crew and/or institution (as determined by the Work Supervisor or Watch Commander) then a written justification is require, i.e. copy of charge or Incident Report. The justification written on the Job termination form I received is insufficient. I did not receive a charge, so therefore an Incident Report is needed to justify the termination of my job. Can you please forward to me a copy of the Incident Report that was used to justify me being terminated from my job. Thank you.

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

### RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Your request will be forwarded to the Major.

(Major can you respond)?
No incident reports will be forwarded to offenders. This the Chief of security who approves and disapproves any support build with I did not close [illegible]

Offender seen ☐ Yes ☐ No

L Shaw Sr Counselor          7/6/2018
Official Responding          Date of Response