RICHMOND VA 232
THU 30 MAY 2019 AM

Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

U.S. MARSHALS
INSPECT

Clerk of Court
U.S. District Court
Eastern District of Virginia
701 East Broad St. #3000
Richmond, VA 23219

Legal Mail