IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BARAKA ROWE,

    Plaintiff,

v.                                          Civil Action No. 3:19CV418

GREGORY L. HOLLOWAY, et al.,

    Defendants.

**MEMORANDUM ORDER**

Uhuru Bakara Rowe, proceeding pro se, filed this civil action claiming that Defendants violated his First and Fourteenth Amendment rights respecting actions taken in connection with his essays commenting on prison life that he attempted to mail to persons outside of the institution. A review of the Court's docket reveals that Rowe, by counsel, is currently litigating substantially similar claims from the same time period against some of the same defendants. See Rowe v. Clarke, No. 3:18CV780 (E.D. Va. filed Nov. 8, 2018) (the "2018 Case"). By Order (ECF No. 21) dated June 13, 2019, the Court dismissed the 2018 Case with leave to file an amended complaint. Rowe has now filed a Second Amended Complaint in the 2018 Case and Defendants have noted appearances therein. See Rowe, No. 3:18CV780 (E.D. Va. filed Jan. 11, 2019); ECF Nos. 23, 24. The Court fails to discern why Rowe should be permitted to litigate a separate pro se action that is based on virtually the same facts and allegations as those in the

2018 Case, that is filed against some of the same defendants in that case. Moreover, Rowe has now had an opportunity to amend his complaint in the 2018 Case to incorporate all claims and defendants.

Accordingly, Rowe is directed to show good cause, within twenty (20) days of the date of entry hereof, why he should be permitted to litigate a second action pro se while he has a similar action pending. Rowe must also demonstrate why allowing a second action to proceed simultaneously furthers the interests of judicial economy and efficiency.

The Clerk is directed to send a copy of the Memorandum Order to Rowe and to counsel for Rowe in Rowe v. Clarke, No. 3:18CV780 (E.D. Va. filed Nov. 8, 2018).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 2, 2019
Richmond, Virginia