Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

August 20, 2019



Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Re: Rowe v. Holloway, Civil Action No. 3:19CV418

Dear Clerk of Court:

Please find enclosed my response to this Courts August 2, 2019 Memorandum Order, issued by Senior United States District Judge, Robert E. Payne, which I ask you to file in the above-referenced case. If you have any questions concerning this matter, please do not hesitate to contact me.

Sincerely,

U. Rowe

Uhuru Baraka Rowe