RICHMOND VA 230

22 AUG 2019 PM 3 L

Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

LEGAL MAIL

U.S. MARSHALS

INSPECTED

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

23219-352899

THE VIRGINIA DEPARTMENT OF CORRE...
HAS NEITHER CENSORED NOR INSPECT...
ITEM. THEREFORE THE DEPARTMENT DOES
ASS... E RESPONSIBILITY FOR ITS CONTE...
GCC-3.2