# Exhibit A



| VIRGINIA DEPARTMENT OF CORRECTIONS | 861.1 A-1 |
|---|---|
| **Disciplinary Offense Report** | Report generated by Peterson, J G |
| | Report run on 08/07/2019 at 5:31 PM |

Case Number: GCC-2019-4324   Offender Name: Rowe, Uhuru B   DOC #: 1131545   Housing: HU5-4-418T

Facility: Greensville Correctional Center   Reference: ____

Offense Code: 213   Offense Title: Failing to follow institutional count procedures or interfering with count

Offense Date: 8/7/2019   Approximate Time: 11:45 AM   Location: ____

**DESCRIPTION OF THE OFFENSE**
Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and any immediate action taken – including use of force, etc.)

On 8/7/19 at 1115 hours, institutional count time, I Sgt. P. Mills and second counting officer K Boyce entered the 400 pod of housing unit five to count. I blew the whistle three consecutive times and repeatedly announced '400 Pod count time, standing count lights on feet on the floor, female on the pod." Upon arriving to cell 418, I saw offender U Rowe 1131545 still laying on the bottom bunk.

☐ Investigation   Date Completed: ____   ☐ DESCRIPTION CONTINUED ON ATTACHED PAGE

Witnesses: Croxton-Boyce, K, D

Reporting Officer: Mills, P P
Title: Sergeant
Date: 8/7/2019   Time: 12:18 PM

Officer-In-Charge: Peterson, J G
Title: Captain
OIC Signature: _____   Date: 8/7/2019   Time: 5:30 PM

**ADVISEMENT OF RIGHTS**

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first three rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form,* and the *Reporting Officer Response Form*. The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served.

| | Yes | No | REFUSED TO RESPOND |
|---|---|---|---|
| DO YOU REQUEST A STAFF OR OFFENDER ADVISOR TO ASSIST YOU AT THE HEARING? | ☑ | ☐ | ☐ |
| DO YOU WISH TO REQUEST WITNESSES? | ☑ | ☐ | ☐ |
| DO YOU WISH TO REQUEST DOCUMENTARY EVIDENCE? | ☑ | ☐ | ☐ |
| DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING? | ☐ | ☑ | ☐ |
| DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING? Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing. | ☑ | ☐ | ☐ |

YOU HAVE THE RIGHT TO QUESTION REPORTING OFFICER
(In person for Category I Offenses; by submitting a Reporting Officer Response Form for Category II Offenses)

YOU HAVE THE RIGHT TO ENTER INTO A PENALTY OFFER.

YOU MAY REMAIN SILENT. Silence does NOT constitute an admission of guilt.

THE CHARGE MAY BE VACATED AND RE-SERVED AS A DIFFERENT OFFENSE, WHICH CAN BE A HIGHER, EQUIVALENT OR LESSER OFFENSE CODE.

YOU MAY BE FOUND GUILTY OF A LESSER-INCLUDED OFFENSE CODE, IN ACCORDANCE WITH OPERERATING PROCEDURE 861.1

You have been informed of the charges against you, and advised of your rights at the Disciplinary Hearing.

Served and Witnessed By: Sgt. A. Cane   Offender's Signature: _____
Print Name: A-Cane   Print Name: U. Rowe
Date of Service: 8-7-19   Approximate Time: 11:16 p~
IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL: Sgt. A. Cane

ADVISOR AT SERVICE OF DOR: A. Wadde 1657743   FORMS PROVIDED AT SERVICE (IF REQUESTED): ☑ Yes ☐ No
Date of Hearing: 8/13/2019   Revised Date: ____   Revised Date: ____   Revised Date: ____

Rev. 01/01/2016