# Exhibit B



| VIRGINIA DEPARTMENT OF CORRECTIONS | 861.1 A-1 |
|---|---|
| **Disciplinary Offense Report** | Report generated by Peterson, J G |
| | Report run on 09/18/2019 at 5:28 PM |

Case Number: GCC-2019-5173    Offender Name: Rowe, Uhuru B    DOC #: 1131545    Housing: HU5-4-418T
Facility: Greensville Correctional Center    Reference: ___
Offense Code: 243    Offense Title: Failure to follow written or posted institutional rules and regulations- in
Offense Date: 9/18/2019    Approximate Time: 8:50 AM    Location: Cell - HU5-4

**DESCRIPTION OF THE OFFENSE**
Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and any immediate action taken – including use of force, etc.)

I Officer Malone was doing cell inspection on above date and time. When I was on 400 pod, I saw cloths line in the cell 418, above Offender U. Rowe #1131545 bed. So I am writing this charge.

☐ Investigation    Date Completed: ___    ☐ DESCRIPTION CONTINUED ON ATTACHED PAGE

Witnesses: ___

Reporting Officer: Malone, N
Title: Correctional Officer
Date: 9/18/2019    Time: 10:40 AM

Officer -In-Charge: Peterson, JG
Title: Captain
OIC Signature: ___    Date: 9/18/2019    Time: 5:26 PM

**ADVISEMENT OF RIGHTS**

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first three rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form*, and the *Reporting Officer Response Form*. The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served.

| | Yes | No | REFUSED TO RESPOND |
|---|---|---|---|
| DO YOU REQUEST A STAFF OR OFFENDER ADVISOR TO ASSIST YOU AT THE HEARING? | ☑ | ☐ | ☐ |
| DO YOU WISH TO REQUEST WITNESSES? | ☑ | ☐ | ☐ |
| DO YOU WISH TO REQUEST DOCUMENTARY EVIDENCE? | ☑ | ☐ | ☐ |
| DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING? | ☐ | ☑ | ☐ |
| DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING? Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing. | ☑ | ☐ | ☐ |

YOU HAVE THE RIGHT TO QUESTION REPORTING OFFICER
(In person for Category I Offenses; by submitting a Reporting Officer Response Form for Category II Offenses)
YOU HAVE THE RIGHT TO ENTER INTO A PENALTY OFFER.
YOU MAY REMAIN SILENT. Silence does NOT constitute an admission of guilt.
THE CHARGE MAY BE VACATED AND RE-SERVED AS A DIFFERENT OFFENSE, WHICH CAN BE A HIGHER, EQUIVALENT OR LESSER OFFENSE CODE.
YOU MAY BE FOUND GUILTY OF A LESSER-INCLUDED OFFENSE CODE, IN ACCORDANCE WITH OPERERATING PROCEDURE 861.1

You have been informed of the charges against you, and advised of your rights at the Disciplinary Hearing.
Served and Witnessed By: Sgt. Q. Lam    Offender's Signature: Rowe
Print Name: Sgt Alam    Print Name: U-Rowe
Date of Service: 9-18-19    Approximate Time: 10:23 pm
IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL: ___

ADVISOR AT SERVICE OF DOR: J. Garland #118478c    FORMS PROVIDED AT SERVICE (IF REQUESTED): ☑ Yes ☐ No
Date of Hearing: 9/24/2019    Revised Date: ___    Revised Date: ___    Revised Date: ___