# Exhibit D



**VIRGINIA
DEPARTMENT OF CORRECTIONS**

Witness Statement 861_F15_4-16

## Witness Statement

Witness Name: **Timothy Vanhart**  ☐ Staff Witness  Title: _____
 ☑ Offender Witness  Number: **1806972**
 ☐ Outside Witness

Case Number: **GCC-2019-5173**

Offender Name: **Uhuru Rowe**  Offender Number: **1131545**  Housing: **Hu5-418 T**

Offense Code: **243**  Offense Title: **Failure to Follow written or posted rules**

Offense Date: **9/18/19**  Approximate Time: **8:50** ☑ AM ☐ PM  Location: **Cell HU5-418**

*****************************************************************************

You have been requested as a witness for the above-referenced offender. In the space below, please provide a statement as to your direct knowledge of the incident pertaining to the accused offender. OFFENDER WITNESS ONLY – *I do not wish to be a witness* ☐

The hearing is scheduled for: _____   Return to the Hearings Officer no later than: _____

STATEMENT:
The string that was hanging from under the bunk was mine.

Witness Signature: *Tim Vanhart*  Date: **9-19-19**

### HEARINGS OFFICER REVIEW

☐ Statement is relevant to the offense, and the statement will be addressed in the Disciplinary Hearing.

☐ Statement is NOT relevant to the offense, and the statement will NOT be addressed in the Disciplinary Hearing.

Hearings Officer: _____  Date: _____
Print Name: _____