# Exhibit E

VIRGINIA
DEPARTMENT OF CORRECTIONS

Reporting Officer Response Form 861_F4_11-15

## Reporting Officer Response Form

Case Number: GCC-2019-5173

Offender Name: Uhuru Rowe     Offender Number: 1131545     Housing: 5-418 T

Offense Code: 243     Offense Title: Failure to follow written or posted institutional rules and regulations

Offense Date: 9-18-19     Approximate Time: 8:50 ☑AM ☐PM     Location: Cell 5-418

**PART I – INSTRUCTION:** *This form is only used for Category II Offenses.* The Reporting Officer will personally appear at a hearing for a Category I Offense. If you want to cross-examine the Reporting Officer (for a Category II Offense), provide your questions in the space provided below. It is your responsibility to submit this form to the Hearings Officer within 48-hours of service of the charge.

Reporting Officer: Officer N. Malone     Title: Correctional Officer

**PART II – QUESTIONS AND STATEMENT:** Staff may *not* decline to submit a response to the following question(s). The hearing is scheduled for _____. Reporting Officer must return to Hearings Officer by: _____.

NOTE: Prior to the Reporting Officer receiving this form, the Hearings Officer will review the questions submitted by the offender to determine relevancy. The Hearings Officer's will indicate their decision by checking the appropriate box provided in the response section for each question and initialing in the designated space provided. If the Hearings Officer determines that a question is not relevant to the offense, the Reporting Officer is not required to answer that particular question.

| | |
|---|---|
| Question #1: | Did you ask either occupants of this cell who the cloths line belonged to?<br>☐ Relevant ☐ Not Relevant    Hearings Officer Initials: |
| Response #1: | ~~What bunk was the clothing line hanging from?~~ No Unit Manager Springs told me just to wright the charge |
| Question #2: | Did you write both occupants of this cell a charge? Why not?<br>☐ Relevant ☐ Not Relevant    Hearings Officer Initials: |
| Response #2: | I cant remember off top of my head |
| Question #3: | What bunk was the clothing line hanging from.<br>☐ Relevant ☐ Not Relevant    Hearings Officer Initials: |
| Response #3: | I cant remember off the top of my head |
| Question #4: | <br>☐ Relevant ☐ Not Relevant    Hearings Officer Initials: |
| Response #4: | |

Reporting Officer's Signature: /s/ N.M.     Print Name: N. Malone     Date: 9/21/19

Revision Date: 2/16/16