Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

LEGAL MAIL

RICHMOND VA 230
01 OCT 2019 PM 1 L

Honorable Robert E. Payne
Senior United States District Court Judge
United States District Court, Eastern District of VA
701 East Broad Street
Richmond, Virginia 23219

23219-352699