# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

### CONSENT TO COLLECTION OF FEES

October 9, 2019



FILED
NOV - 6 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Uhuru Baraka Rowe,  
    Plaintiff,

v.                                    Civil Action No. 3:19cv418

Gregory L. Holloway, et al.,  
    Defendants.

    I, __Uhuru Baraka Rowe__, inmate no. __1131545__, understand that I must pay a filing fee in the amount of $350.00 in the above styled action. Accordingly, I acknowledge that I must submit an initial partial filing fee equal to twenty percent (20%) of the greater of:

    (a)    the average monthly deposits to my trust account for the six-month period immediately preceding the submission of this action; or

    (b)    the average monthly balance in my trust account for the six-month period immediately preceding the submission of this action.

    I further acknowledge that I must make monthly payments towards the balance of the $350.00 filing fee. These monthly payments shall be equal to twenty percent (20%) of the preceding month's deposits to my inmate account. Accordingly, I agree to maintain a balance of twenty percent (20%) of the previous month's income in my account for payment to the court. I recognize that if I fail to maintain such a balance my action is subject to immediate dismissal.

    I hereby consent for the appropriate prison official to withdraw from my account and forward to the court a money order equal to twenty percent (20%) my preceding month's income to the United States District Court. I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing is paid.

    I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the court pursuant to 28 U.S.C. § 1915(f)(2)(B).

Date: __10-31-19__

__Uhuru Rowe__  
SIGNATURE OF INMATE