IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BAKARA ROWE,

    Plaintiff,

v.                                        Civil Action No. 3:19CV418

GREGORY L. HOLLOWAY, et al.,

    Defendants.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that the action is dismissed without prejudice because Rowe failed to pay the initial partial filing fee or aver that he is unable to pay.

Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Order to Rowe.

It is so ORDERED.

                                                /s/      REP
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: December 9, 2019