Uhuru B. Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870



RICHMOND VA 230
30 DEC 2019 AM 2 L

U.S MARSHALS
[REJECTED]
Legal Mail

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219

23219-352899



THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.
GCC-S-3