```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34603046258
Cashier ID: lbreeden
Transaction Date: 02/03/2020
Payer Name: UHURU BARAKA ROWE
--------------------------------------
PLRA CIVIL FILING FEE
 For: UHURU BARAKA ROWE
 Case/Party: D-VAE-3-19-CV-000418-001
 Amount:         $17.75
--------------------------------------
MONEY ORDER
 Check/Money Order Num: 17-951604019
 Amt Tendered:   $17.75
--------------------------------------
Total Due:       $17.75
Total Tendered:  $17.75
Change Amt:       $0.00

INITIAL PARTIAL FILING FEE
```