IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BAKARA ROWE,

    Plaintiff,

v.                                      Civil Action No. 3:19CV418

GREGORY L. HOLLOWAY, et al.,

    Defendants.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that the Rule 59(e) Motion (ECF No. 14) is granted. The Clerk is directed to vacate the December 10, 2019 Memorandum Opinion and Order and to place the action back on the active docket.

The Clerk is directed to send a copy of the Order to Rowe.

It is so ORDERED.

                                                /s/ REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: March 4, 2020