IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**UHURU BARAKA ROWE,**

    Plaintiff,

v.                                                                       Civil Action No. **3:19CV418**

**GREGORY L. HOLLOWAY,** *et al.*,

    Defendants.

## MEMORANDUM ORDER
### (Filing and Screening Action upon Inmate's Payment of the Initial Partial Filing Fee)

The Court ordered Plaintiff to pay an initial partial filing fee. Plaintiff has paid the initial partial filing fee. Accordingly, upon review of Plaintiff's submissions, it is ORDERED that:

1. The action is FILED and Plaintiff is GRANTED leave to proceed *in forma pauperis*. The action will now be screened in conformity with 28 U.S.C. § 1915(e)(2).

2. The institution where Plaintiff is confined will mail twenty percent (20%) of all of Plaintiff's deposits to the Court until the balance of $332.25 is paid. The payments shall be made on a monthly basis. The payments shall be DIRECTED to:

> Clerk's Office
> United States District Court for
> the Eastern District of Virginia
> Richmond Division
> 701 East Broad Street, Suite 3000
> Richmond, Virginia 23219-3528

The payments shall bear the civil action number for this action.

In the event that Plaintiff is transferred, the balance due shall be collected and paid to the Clerk by the custodian at Plaintiff's next institution.

3.   Plaintiff is reminded that he must retain a balance of twenty percent (20%) of his previous month's income in his prison account.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff. A copy of this Memorandum Order and Plaintiff's consent to collection of fees shall be sent to the accounting department at Plaintiff's place of incarceration.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States Magistrate Judge

Date: March 18, 2020
Richmond, Virginia