

1/2

Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

April 28, 2020

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 300
Richmond, Virginia 23219-3528

Re: <u>Rowe v. Holloway</u>, et al., Civil Action No. 3:19cv418

Dear Clerk:

On March 18, 2020 this court entered a Memorandum Order granting me leave to proceed in forma pauperis. Additionally, this order directed me to retain a balance of twenty percent (20%) of my previous month's income in my prison account and that this facility, Greensville Correctional Center (GCC), will the 20% to this court each month until the balance of the filing fee is paid.

Since the issuance of this memorandum order and as of the date of this letter, no funds have been deducted from my prison account for this purpose. So I submitted an offender Request to GCC Accountant Department inquiring about the matter. In her March 24, 2020 response to my request, a Ms. Faison, the Accountant, advised me that the March 18 order was not received by her and no funds will be deducted from my account and forwarded to this court until said order is received.

Either the clerk of this court failed to forward the March 18 order to the GCC Accountant Department or said order was misplaced by the GCC mailroom staff as has happened before in this case. Therefore, can you please contact the Accountant, Ms. Faison, concerning this matter and see to it that she, or her designee, receives this court's March 18 memorandum order so this case will not be dismissed again due to no fault of my own.

Your continued assistance with this civil complaint is appreciated.

Sincerely,
Uhuru Rowe