Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

Legal Mail



RICHMOND VA 230
29 APR 2020
U.S MARSHALS INSPECTED

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528