IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**UHURU BARAKA ROWE,**

   **Plaintiff,**

v.

**GREGORY L. HOLLOWAY, et al.,**

   **Defendants.**

Civil Action No. 3:19-cv-418

FILED MAY 14 2020 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Uhuru Baraka Rowe, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, moves this court for leave to file the attached Amended Complaint for the following reasons:

1. The Plaintiff in his original Complaint named a total of eleven defendants, including Gregory L. Holloway, Beth E. Cabell, Tony Darden and Wanda Rollins.

2. Since the filing of his Complaint, Plaintiff has determined that Holloway, Cabell, Darden and Rollins are not liable or responsible for the adverse actions taken against him and that other prison officials are responsible.

3. The caption and named defendants are amended to reflect the removal of Holloway, Cabell, Darden and Rollins as defendants and the addition of Tracy S. Ray, T.L. Birkhead and Natasha Perkerson as defendants.

4. Paragraphs 5, 6 and 10 and the Statement of Facts have been amended to reflect the identity and actions of Ray, Birkhead and Perkerson.

5. The court should grant leave "freely" to amend this Complaint. <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

April 15, 2020

Respectfully submitted,

*Uhuru Rowe*
Uhuru Baraka Rowe
#1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870