Uhuru B. Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

May 7, 2020

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219



RECEIVED
MAY 14 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: <u>Rowe v. Holloway</u>, et al. Civil Action No. 3:19cv418

Dear Clerk:

Please find enclosed an original Motion for Leave to File an Amended Complaint, Amended Complaint w/ Exhibits, Summons, Affidavit of Exhaustion of Grievance Procedure and Motion for Appointment of Counsel which I ask you to file in the above-referenced case.

Because of a prior instance where an order sent to me by this Court was misplaced by the prison's staff, resulting in

2/2

the dismissal of this complaint before it was reinstated, and another instance of mail tampering, I ask that you acknowledge receipt of the enclosed documents. An acknowledgement of receipt will reassure me that the enclosed documents have been received by this court and not intercepted and discarded by the prison's staff in an attempt to derail this complaint.

Your assistance with this matter will be greatly appreciated.

Sincerely,
Uhuru Rowe