Rowe v. Ray
Civil Action No. 3:19cv418

# EXHIBIT D



# WORK ASSIGNMENT FORM

*Instructions:* * If the position is not advertised the work assignment form will be returned to the offender.* The offender must indicate his job choice and qualifications on this form and forward it directly to the Work Area Supervisor in the area of the advertised position. The Offender's assigned Counselor MUST verify his eligibility for the requested job using the criteria for jobs below. Completed forms will be forwarded to the appropriate Work Area Supervisor who will advise if the offender has been selected for hire. Approved work assignment forms will be forwarded the Work coordinator to be processed. Disapproved forms for offenders who are *not* eligible or *not* recommended for hire will be returned and not processed. Only the approved work assignment form dated 8/29/11 will be accepted. All other work assignment forms will be returned and not processed.
*NO OFFENDERS MAY BEGIN WORKING UNTIL THE ENTIRE HIRING PROCESS HAS BEEN COMPLETED*

## Section I (To be completed by the Offender)

Inmate Name: **Uhuru Rowe**  Number: **1131545**  Housing Unit/Cell **1D-25**  Date: **4-2-18**

Current Job Assignment **None**  Date Hired **N/A**

Inmate is requesting assignment to (CHECK ONLY ONE ASSIGNMENT) if you are applying for a DCE Aide Position, please specify what instructor.

| Inside HU Jobs | Outside HU Jobs | DCE and Support |
|---|---|---|
| ___ Housekeeping Unit | ___ Food Service | **✓** Academic/Vocational Aide |
| ___ Pod Recreation | ___ Laundry | ___ Law Library Clerk |
| ___ Inmate Advisor | ___ Grounds Maintenance/Yard Crew | ___ Re-entry Library Clerk |
| ___ Unit Barber | ___ VCE Laundry Enterprise | ___ Support Building Workers |

Has Position Been Advertised? **✓** Yes ☐ No If No, Return to Offender

*Applying for Academic Aid Position with Ms. Bradley*

Work Experience related to position applying for: **I have my G.E.D. Am a good communicator, mentor, and advocate. Articulate, well-spoken, and great problem solver**

### Eligibility Criteria For Jobs

**Inside Housing Unit**
1. Compliance with SIISP Rules
2. Cell and Grooming Compliance
3. Infraction free for 6 months
4. Other job specific criteria may be used

**Support/Food Service/Yard/Laundry/Clerks VCE- Laundry Enterprise**
1. Personal Incentive Level I Preference Given
2. No 100 series infractions in past 24 months
3. No 200 series infractions in past 12 months
4. No 210/137 or 233 infraction in past 24 months
5. No Escape History
6. No sex offenses for Support Worker. Sex offenses will be reviewed on case by case basis in Laundry, Kitchen and VCE Laundry Enterprise
7. Verified GED or HS Diploma- VCE Laundry Enterprise
8. Other job specific criteria may be used

**Academic/Vocational Aide**
1. No 100 series infractions in past 24 months
2. No 200 series infractions in past 12 months
3. No 210 137 or 233 infraction in past 24 months
4. No Escape History
5. No Sex Offenders as DCE or VCE Aide
6. Verified GED or High School Diploma
7. Proven Past Experience in Vocational Trade
8. DCE Aide- Strong Math and Computer Skills

## Section II (To be completed by the Offender's Assigned Counselor)

DRC **9.7.95** DRCI/ ___ MPRD/(GTRD) **39.82** Medical Classification Code **A** Security Level **4** GCA/ESC Level **3**

Total Sentence **93** yrs **0** mos. **0** days Current Offense(s) **Homicide, Use Firearm, Robbery**  Escape/Fugitive History **No**  Offender Has GED? **✓** Yes ☐ No

Most recent charge(s) & dates: **4.10.16 #131**  Verified by: **L Shaw Sr Counselor**  Date **4/26/18**

## Section III (To be completed by the Work Area Supervisor)

Recommended Position (to be filled out by and signed by Work Area Supervisor): **Educational Aide for Ms. Bradley**
Recommendation: **✓** Approval ☐ Disapproval: ___ ☐ Job Transfer, Previous Position ___
Work Code: **12**  Skill Level: **III**  Gold Card Complete ( )  Job Start Date: **05/08/18**
Signature **M Bradley**  Date **05/08/18**  **5/28/2018**

## Section IV  Chief of Security Review (*Outside Housing Unit Work Assignments Only*)

**✓** Approved ☐ Disapproved: ___  Signature: ___  Date: **5/8/18**

## Section V  Program Assignment Reviewer (PAR)

**✓** Final Approval ☐ Disapproval  Signature **L Shaw**  Date **5/8/18**

Final completed form to ICR - Copies to Offender, Work Foreman, Work Program Coordinator File