Rowe v. Ray

Civil Action No. 3:19cv418

# EXHIBIT E

 **VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Offender Work Program Job Counseling/Suspension and Termination** 841_F16_11-16

## Offender Work Program Job Counseling/Suspension and Termination

Offender Name: Uhuru Rowe          Number: 1131545  (1810)

Job Assignment: DCE Tutor          Supervisor: DCE Teacher

| ☐ COUNSELING   ☐ SUSPENSION | ☐ COUNSELING   ☐ SUSPENSION |
|---|---|
| Start Date:          End Date: | Start Date:          End Date: |
| Reason for Action: _____ | Reason for Action: _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| Offender Signature          Date | Offender Signature          Date |
| Staff Signature          Date | Staff Signature          Date |
| Copy Counseling/Suspension to Security Supr., Work PAR., Offender | Copy Counseling/Suspension to Security Supr., Work PAR., Offender |

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

## TERMINATION REQUEST

Date: 5/25/2018     ☐ Suspended, Date: _____     Disciplinary Charge Pending ☐ Yes ☐ No

Reason(s) for Termination: <u>Due to Administrative reasons, at this time, you will not be permitted to work in the DCE area.</u>

_____

_____

_____

_____

*M. Bradley*          *M. Bradley*          5-30-2018
Staff Signature          Name Printed          Date

Copy Termination Request to Security Work Supervisor and offender. Forward original Termination Request to Work PAR

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

## WORK PAR/ ADMINISTRATIVE TERMINATION REVIEW

☑ Approved          ☐ Disapproved          ☑ Approved          ☐ Disapproved

Comments:          Comments:

_____          5-30-18          _____          5-30-18
Work PAR Signature          Date          Reviewer Signature          Date

*Revision Date: 11 3 16*