Rowe v. Ray
Civil Action No. 3:19 cv 418

# EXHIBIT F



**VIRGINIA
DEPARTMENT OF CORRECTIONS
SUSSEX II STATE PRISON**

Offender Request 801_F3A_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Rowe | Uhuru | B | 1131545 | 1B-10 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| | Owen | | 5-29-18 | |

TO:
- ☐ Counselor
- ☐ Unit Manager
- ☐ Ombudsman
- ☐ IPM-Programs Mgr.
- ☐ EBP Manager
- ☐ Medical
- ☐ Mental Health
- ☐ Dentist
- ☐ Chaplain
- ☐ Assistant Warden
- ☐ Personal Property
- ☐ Education
- ☐ Food Service
- ☐ Workforce Specialist
- ☐ Warden
- ☐ Law Library
- ☐ Hearings
- ☐ Recreation
- ☐ Enterprise Laundry
- ☐ Mailroom
- ☐ Accounting
- ☐ Commissary
- ☐ Laundry
- ☑ Other Ms. Shaw - Senior Counselor

CHECK PURPOSE: ☐ Appointment Request (Applicable departments only.) ☑ Question/Statement

Ms. Shaw, I was suppose to start working as an Aide for Ms. Bradley on today, however, when I showed up for work, I was told I wasn't on the Master Pass list. I suspect this is so because I was in the Restrictive Housing Unit - under investigation - from May 10 until May 14. I did not receive a disciplinary infraction and I was placed back in Housing Unit #1. Ms. Bradley says that you simply have to re-assign me as an Instructional Aide. Can you please tell me what is going to be done in regards to me and this job. Thanks.

---

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

### RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Mr. Rowe, according to information, that I received from Administration I was instructed that you were not to work in the DCE area.

Offender seen ☐ Yes ☐ No

L. Shaw, Sr Counselor          6.4.2018
Official Responding              Date of Response