
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Uhuru Baraka Rowe,
        Plaintiff,

vs.

Tracy S. Ray, et al.,
        Defendants.

AFFIDAVIT OF EXHAUSTION OF GRIEVANCE PROCEDURE

Civil Action No. 3:19-cv-418

I, Uhuru Baraka Rowe, #1131545, the Plaintiff herein, declare under the penalty of perjury that I have exhausted all administrative grievance remedies as they relate to my claims to the extent required and permitted by the Virginia Department of Corrections and regulations. Grievance Numbers: SXII-18-REG-00125; SXII-18-REG-00160; SXII-18-REG-00171; SXII-18-REG-00172; and SXII-18-REG-00195.

Executed on this __15__ day of __April__, 2020.

                              */s/ Uhuru Rowe*
                            Uhuru Baraka Rowe



RECEIVED
MAY 14 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA