Jhuru B. Rowe #1131545
Greensville Correctional Center
101 Corrections Way
Jarratt, VA 23870



Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad St., Suite 3000
Richmond, VA 23219-3528

Legal Mail

Case 3:19-cv-00418-REP-RCY Document 22-14 Filed 05/14/20 Page 2 of 2 PageID# 185



RECEIVED GCC Mailroom MAY 2020

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerks office
United States Dist Court
Eastern Dist. of Virginia
701 East Broad St Ste 3000
Richmond VA 23219

9590 9402 4470 8248 7092 05

2. Article Number (Transfer from service label)
7016 2070 0001 0026 6705

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
  ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.
GCC-S-4