IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UHURU BARAKA ROWE**,

    Plaintiff,

v.                                                                                             Civil Action No. **3:19CV418**

**GREGORY L. HOLLOWAY,** *et al.*,

    Defendants.

**MEMORANDUM ORDER**
**(Granting Motion to Amend and Denying Motion for Appointment of Counsel)**

Plaintiff, a Virginia state prisoner proceeding *pro se* and *in forma pauperis*, submitted this action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion for Leave to File an Amended Complaint. (ECF No. 22.) Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 22) is GRANTED. The Clerk is DIRECTED to FILE the proposed Amended Complaint (ECF No. 22–2) and exhibits and update the docket to reflect the names of the Defendants in the Amended Complaint. The Amended Complaint SUPPLANTS the original Complaint. This means that the Amended Complaint replaces the original Complaint in its entirety.

Plaintiff moves the Court for the appointment of counsel. (ECF No. 23.) Counsel need not be appointed in § 1983 cases unless the case presents complex issues or exceptional circumstances. *See Fowler v. Lee*, 18 F. App'x 164, 166 (4th Cir. 2001) (citation omitted). This action presents no complex issues or exceptional circumstances. Additionally, Plaintiff's pleadings demonstrate that he is competent to represent himself in the action. Accordingly,

Plaintiff's motion for the appointment of counsel (ECF No. 23) is DENIED WITHOUT PREJUDICE.

The Clerk of the Court is DIRECTED to send a copy of the Memorandum Order to Plaintiff.

It is so ORDERED.

/s/
Roderick C. Young
United States Magistrate Judge

Date:  May 18, 2020
Richmond, Virginia