Rowe v. Ray
Civil Action No. 3:19cv418

# EXHIBIT C



VIRGINIA DEPARTMENT OF CORRECTIONS

## Institutional Classification Authority Hearing Notification Form

DOC-11G
DOC Location: Sussex II State Prison
Report generated by Liptrot, A N
Report run on 5/10/2018 at 10:35 AM

| Offender Name: Rowe, Uhuru B | DOC#: 1131545 | DOC Location: Sussex II State Prison |
|---|---|---|

### Part I: ICA Referral Notice

Classification Action being reviewed:

Comments: The offender was placed on GDT in restrictive housing pending investigation per Intel Unit.

You will be scheduled to appear before the Institutional Classification Authority on or after 5/15/2018

Wallace, Robyn P - Treatment Program Supervisor
Authorizing Staff  Lt.Q. depty          Date & Time  5/10/2018-0915 hrs

A formal due process hearing is required when an offender is considered for removal from general population, or faces the possibility of increase in security level or reduction in good time earning level outside the Annual Review Cycle. You will be permitted to: 1) Be present at the hearing 2) Remain silent 3) Know the reasons for any decisions rendered by the ICA 4) Have your counselor or an employee present to assist you 5) Receive a copy of the written findings and recommendations of the ICA. During hearings based solely on documented Disciplinary Hearing Referrals the following is not afforded to you: 1) Hearing the Reporting Officer's testimony 2) Cross-examining adverse witnesses 3) Calling and cross-examining witnesses.

This is to certify that I have received a copy of this notice and it was explained to me. I am requesting witness/s to appear on my behalf.

Witness Request:   1_____   2_____   3_____

I Waive rights to 48-hour notice.  ☐ Yes ☒ No          I wish to attend.  ☒ Yes ☐ No

_____   5-10-18           _____   5-10-18
Offender Signature           Date               Witness Signature           Date