Rowe v. Ray
Civil Action No. 3:19cv418

EXHIBIT E



VIRGINIA  
DEPARTMENT OF CORRECTIONS

Offender Work Program Job Counseling/Suspension and Termination 841_F16_11-16

## Offender Work Program Job Counseling/Suspension and Termination

Offender Name: Uhuru Rowe  Number: 1131545 (1B10)  
Job Assignment: DCE Tutor  Supervisor: DCE Teacher

| ☐ COUNSELING ☐ SUSPENSION | ☐ COUNSELING ☐ SUSPENSION |
|---|---|
| Start Date:         End Date: | Start Date:         End Date: |
| Reason for Action: | Reason for Action: |
| Offender Signature        Date | Offender Signature        Date |
| Staff Signature           Date | Staff Signature           Date |
| Copy Counseling/Suspension to Security Supr., Work PAR., Offender | Copy Counseling/Suspension to Security Supr., Work PAR., Offender |

An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.

### TERMINATION REQUEST

Date: 5/25/2018   ☐ Suspended, Date: _____   Disciplinary Charge Pending ☐ Yes ☐ No

Reason(s) for Termination: Due to Administrative reasons, at this time, you will not be permitted to work in the DCE area.

Staff Signature: *M Bradley*   Name Printed: *M. Bradley*   Date: 5-30-2018

Copy Termination Request to Security Work Supervisor and offender. Forward original Termination Request to Work PAR

An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.

### WORK PAR/ ADMINISTRATIVE TERMINATION REVIEW

☑ Approved   ☐ Disapproved        ☑ Approved   ☐ Disapproved  
Comments:                            Comments:

Work PAR Signature: *J. Shaw*   Date: 5-30-18   Reviewer Signature: *Taylor*   Date: 5-30-18

Revision Date: 11 3 16