Rowe v. Ray
Civil Action No. 3:19 cv 418

# EXHIBIT F



VIRGINIA
DEPARTMENT OF CORRECTIONS
SUSSEX II STATE PRISON

Offender Request 801_F3A_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Rowe | Uhuru | B | 1131545 | 1B-10 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
|  | Owen | 5-29-18 |

TO: ☐ Counselor ☐ Medical ☐ Personal Property ☐ Law Library ☐ Mailroom
☐ Unit Manager ☐ Mental Health ☐ Education ☐ Hearings ☐ Accounting
☐ Ombudsman ☐ Dentist ☐ Food Service ☐ Recreation ☐ Commissary
☐ IPM-Programs Mgr. ☐ Chaplain ☐ Workforce Specialist ☐ Enterprise Laundry ☐ Laundry
☐ EBP Manager ☐ Assistant Warden ☐ Warden ☑ Other Ms. Shaw-Senior Counselor

CHECK PURPOSE: ☐ Appointment Request (Applicable departments only.) ☑ Question/Statement

Ms. Shaw, I was suppose to start working as an Aide for Ms. Bradley on today, however, when I showed up for work, I was told I wasn't on the Master Pass list. I suspect this is so because I was in the Restrictive Housing Unit - under investigation - from May 10 until May 14. I did not receive a disciplinary infraction and I was placed back in Housing Unit #1. Ms. Bradley says that you simply have to re-assign me as an Instructional Aide. Can you please tell me what is going to be done in regards to me and this job. Thanks.

---

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

### RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Mr. Rowe, according to information, that I received from Administration I was instructed that you were not to work in the DCE area.

Offender seen ☐ Yes ☐ No

L. Shaw, Sr Counselor                    6-4-2018
Official Responding                       Date of Response