Rowe v. Ray
Civil Action No. 3:19cv418

EXHIBIT G

Don't

VIRGINIA
DEPARTMENT OF CORRECTIONS
SUSSEX II STATE PRISON

Offender Request 801_F3A_7-12

# Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Rowe | Uhuru | B | 1131545 | 1B-10 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | Owen | 6/28/18 |

TO:
- ☐ Counselor
- ☐ Unit Manager
- ☐ Ombudsman
- ☐ IPM-Programs Mgr.
- ☐ EBP Manager
- ☐ Medical
- ☐ Mental Health
- ☐ Dentist
- ☐ Chaplain
- ☐ Assistant Warden
- ☐ Personal Property
- ☐ Education
- ☐ Food Service
- ☐ Workforce Specialist
- ☐ Warden
- ☐ Law Library
- ☐ Hearings
- ☐ Recreation
- ☐ Enterprise Laundry
- ☑ Other L. Shaw, Senior Counselor
- ☐ Mailroom
- ☐ Accounting
- ☐ Commissary
- ☐ Laundry

CHECK PURPOSE: ☐ Appointment Request (Applicable departments only.) ☑ Question/Statement

I am writing to further insight to the termination of my job as a DCE Tutor on 5/30/18. Per the Implementation Manual for O.P. 841.2, if the reason for the termination of my job is that my "behavior presents a threat to the orderly operations of the work crew and/or institution (as determined by the Work supervisor or Watch Commander) then a written justification is require, i.e. copy of charge or Incident Report. The justification written on the Job termination Form I received is insufficient. I did not receive a charge, so therefore an Incident Report is needed to justify the termination of my job. Can you please forward to me a copy of the Incident Report that was used to justify me being terminated from my job. Thank you.

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ________ Date: ________

Your request will be forwarded to the Major.

RECEIVED
AUG 02 2018
Ombudsman Unit
Eastern Region

(Major, can you respond)?

No incident reports will be forwarded to offenders. It's the Chief of Security who approves and disapproves any support/build work. I did not chose you at that time.

Offender seen ☐ Yes ☐ No

L Shaw Sr Counselor
Official Responding

7/6/2018
Date of Response

Revision Date: 1/3/2017