UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| Uhuru Baraka Rowe, | |
|         Plaintiff, | AFFIDAVIT OF EXHAUSTION OF GRIEVANCE PROCEDURE |
| vs. | |
| | Civil Action No. 3:19-cv-418 |
| Tracy S. Ray, et al., | |
|         Defendants. | |

    I, Uhuru Baraka Rowe, #1131545, the Plaintiff herein, declare under the penalty of perjury that I have exhausted all administrative grievance remedies as they relate to my claims to the extent required and permitted by the Virginia Department of Corrections and regulations. Grievance Numbers: SXII-18-REG-00125; SXII-18-REG-00160; SXII-18-REG-00171; SXII-18-REG-00172; and SXII-18-REG-00195.

Executed on this  15  day of  April , 2020.

                                              Uhuru Rowe
                                         Uhuru Baraka Rowe


RECEIVED / 14 2020 / CLERK, U.S. DISTRICT COURT / RICHMOND, VA