Uhuru B. Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870



June 15, 2020

Clerk of Court
United States District Court
Eastern District of Virginia
701 E. Broad St, Suite 3000
Richmond, VA 23219

    Re: Civil Action No. 3:19-cv-418

Dear Clerk:

On May 12, 2020, I mailed to this court, via institutional mailing services, the following documents to be filed in the above-referenced case: Motion for Leave to File Amended Complaint; Amended Complaint with attached Exhibits A through J; Summons; Motion for Appointment of Counsel; and Affidavit of Exhaustion of Grievance Procedure. All of these documents with the exception of the Summons, are dated April 15, 2020.

Rowe, Uhuru
June 15, 2020
3:19cv418

2/2

Can you please confirm to me if these documents have been received and filed in this case and if they have been granted or denied.

I, as well as other inmates here at Greensville Correctional Center, have been experiencing problems with both our incoming and outgoing legal mail. So your insight into these matters will be appreciated.

Sincerely,

Uhuru Rowe