Uhuru B. Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

Legal Mail

RICHMOND VA 230
23 JUN 2020 PM 2 L

Clerk of Court
United States District Court
Eastern District of Virginia
701 E. Broad St., Suite 3000
Richmond, VA 23219

23219-352899

THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.
GCC-S-1