Uhuru Baraka Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870



July 11, 2020

Clerk's Office
U.S. District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

    Re: Rowe v. Ray, Civil Action No. 3:19cv418

Dear Clerk:

On June 26, 2020, Magistrate Judge Roderick Young entered a Memorandum Order advising me, among other things, that I have 90 days to serve the defendants in the above-referenced case but that the court will attempt to complete service of process pursuant to an agreement with the Attorney General's office.

This Order cites Rule 7(E) of the Local Rules of this

(over)

Court. Because the law library here at Greensville Correctional Center remains closed due to the ongoing coronavirus pandemic, I am unable to access the local rules of this court to ascertain what this Rule says.

Therefore I humbly ask this court to forward me a complete copy of the Local Rules of this court so that I will be fully knowledgeable of my duties and obligations in regards to this case.

I thank you in advance for your assistance with this matter.

Sincerely,

Uhuru Rowe

Uhuru Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870



RICHMOND VA 230

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad St., Suite 3000
Richmond, Virginia 23219-3528

Legal Mail