```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683047596
Cashier ID: lbreeden
Transaction Date: 07/08/2020
Payer Name: UHURU BARAKA ROWE
------------------------------------
PLRA CIVIL FILING FEE
 For: UHURU BARAKA ROWE
 Case/Party: D-VAE-3-19-CV-000418-001
 Amount:        $22.00
------------------------------------
CHECK
 Check/Money Order Num: 1932121447
 Amt Tendered:  $22.00
------------------------------------
Total Due:      $22.00
Total Tendered: $22.00
Change Amt:      $0.00

PLRA FILING FEE
```