IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BARAKA ROWE

    Plaintiff,

v.                                                       CASE NO.  3:19cv418

TRACY S. RAY, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendants:

**Tracy S. Ray, T.L. Birckhead, B. Perkins, K. Clark, Michelle Carpenter, Natasha Perkerson, C. Coleman, L. Shaw, L. Taylor, and M. Bradley**

    I certify that I am admitted to practice in this Court.

July 22, 2020
Date

                                          Respectfully submitted,

                                          TRACY S. RAY, T.L. BIRCKHEAD, B. PERKINS, K. CLARK, MICHELLE CARPENTER, NATASHA PERKERSON, C. COLEMAN, L. SHAW, L. TAYLOR, and M. BRADLEY

                              By:        s/Laura Maughan
                                          Laura Maughan, VSB #87798
                                          Assistant Attorney General
                                          Office of the Attorney General
                                          Criminal Justice & Public Safety Division
                                          202 North 9th Street
                                          Richmond, Virginia 23219
                                          (804) 786-0030
                                          (804) 786-4239 (Fax)
                                          Email:  lmaughan@oag.state.va.us

## **CERFIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following: n/a.

I also hereby certify that I have mailed the document, postage prepaid, to the following non-CM/ECF user:

Uhuru Baraka Rowe, # 1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

      s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General