

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **UHURU BARAKA ROWE,** : | |
| : | |
| Plaintiff, : | **MOTION FOR** |
| : | **APPOINTMENT OF COUNSEL** |
| v. : | |
| : | Civil Action No. 3:19-cv-418 |
| **TRACY S. RAY, et al.,** : | |
| : | |
| **Defendants.** : | |

Pursuant to Title 28 U.S.C. §1915(e)(1), Plaintiff Uhuru Baraka Rowe moves this court for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states the following:

1. Plaintiff is unable to afford counsel. He requested and was granted leave to proceed in forma pauperis by this court on March 18, 2020.

2. The number of defendants in this case is numerous, the issues involved are complex and will require significant research, investigations and depositions.

3. A trial in this case will likely involve conflicting testimony and court-appointed counsel would better enable Plaintiff to present evidence and cross-examine witnesses.

4. Plaintiff's imprisonment, especially during the current COVID-19 pandemic and its possible lasting impact on the criminal justice system, will greatly limit his ability to perform these functions.

WHEREFORE, Plaintiff requests that the court appoint him competent counsel in this case.

April 15, 2020

Respectfully submitted,

*Uhuru Rowe*
Uhuru Baraka Rowe
#1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

Uhuru Rowe #1131545
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870



Legal Mail

Clerk of Court
United States District Court
Eastern District of Virginia
701 E. Broad St., Suite 3000
Richmond, VA 23219