```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683047917
Cashier ID: lgarrett
Transaction Date: 08/12/2020
Payer Name: UHURU BARAKA ROWE
----------------------------------
PLRA CIVIL FILING FEE
 For: UHURU BARAKA ROWE
 Case/Party: D-VAE-3-19-CV-000418-001
 Amount:         $30.00
----------------------------------
CHECK
 Check/Money Order Num: 1932121586
 Amt Tendered: $30.00
----------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00
```