IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BARAKA ROWE,

       Plaintiff,

v.                                                  CASE NO. 3:19cv418

TRACY S. RAY, *et al.*,

       Defendants.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants, by counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move this Honorable Court for entry of an Order extending the time in which to file a response to Plaintiff's Amended Complaint (Dkt. No. 25) for the reasons outlined below.

1. Plaintiff Uhuru Baraka Rowe ("Rowe" or "Plaintiff"), is an inmate incarcerated at Greensville Correctional Center ("Greensville").

2. On May 18, 2020, Rowe filed his Amended Complaint in this case. Dkt. No. 25.

3. On June 26, 2020, this Court issued an Order of Service. Dkt. No. 28.

4. Per the Court's Order, Defendants' response to Plaintiff's Amended Complaint is due on or before August 25, 2020.

5. For approximately the past month, Counsel for Defendants in this matter has been involved in discovery and depositions – including the preparation of witnesses for a deposition pursuant to Rule 30(b)(6) – in another case. Discovery in that case is ongoing.

6. Counsel for Defendants is currently scheduled to appear in a virtual bench trial in another matter to commence August 24-25, 2020. Accordingly, she is working diligently this week to prepare her defendants for that trial.

7.     Additionally, due to the extensive rains in the Richmond area over the last two weeks, the undersigned's home has suffered some minor water damage and she has had to take time off work to facilitate repairs and attempt to mitigate damage.

8.     Counsel must admit that, in light of the above professional and personal obligations, she has not had adequate time to review the Third Amended Complaint and Amendment to Third Amended Complaint and prepare a proper response.

9.     Defendants respectfully request an additional thirty (30) days to file a response to Plaintiff's Amended Complaint (Dkt. No. 25), making Defendants' responsive pleading due on or before September 25, 2020.

10.    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants submit that the foregoing obligations of counsel constitute good cause for an extension of time in this case.

11.    The undersigned submits that this motion is made in good faith, is not interposed for the purpose of delay, will work no prejudice to Plaintiff, and is in the best interests of justice and judicial economy.

Respectfully submitted,

TRACY S. RAY, T.L. BIRCKHEAD, B. PERKINS, K. CLARK, MICHELLE CARPENTER, NATASHA PERKERSON, C. COLEMAN, L. SHAW, L. TAYLOR, and M. BRADLEY

By:      s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (Fax)
Email: lmaughan@oag.state.va.us

**CERFIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following: n/a.

I also hereby certify that I have sent the document, postage prepaid, to the following non-CM/ECF user:

>Uhuru Baraka Rowe, # 1131545
>Greensville Correctional Center
>901 Corrections Way
>Jarratt, Virginia 23870

s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General

12.