IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UHURU BARAKA ROWE**,

    Plaintiff,

v.                                                                                                  Civil Action No. **3:19CV418**

**TRACY S. RAY,** *et al.*,

    Defendants.

**MEMORANDUM ORDER**
**(Granting Extension of Time)**

Plaintiff, a Virginia state prisoner proceeding *pro se* and *in forma pauperis*, submitted this action pursuant to 42 U.S.C. § 1983.  On August 19, 2020, counsel for Defendants asked for a thirty (30) day extension of time to file a response to the Amended Complaint.  That request (ECF No. 36) is GRANTED to the extent that Plaintiff shall file a response by September 25, 2020.

The Clerk of the Court is DIRECTED to send a copy of the Memorandum Order to Plaintiff and counsel of record.

It is so ORDERED.

                                                                           /s/ RCY
                                                                   Roderick C. Young

Date: August 24, 2020                                                  United States Magistrate Judge
Richmond, Virginia