```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683048206
Cashier ID: lbreeden
Transaction Date: 09/09/2020
Payer Name: UHURU BARAKA ROWE
--------------------------------
PLRA CIVIL FILING FEE
 For: UHURU BARAKA ROWE
 Case/Party: D-VAE-3-19-CV-000418-001
 Amount:         $10.00
--------------------------------
CHECK
 Check/Money Order Num: 1932121721
 Amt Tendered: $10.00
--------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00

PLRA FILING FEE
```