**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

UHURU BARAKA ROWE,

    Plaintiff,

v.                                              CASE NO.  3:19cv418

TRACY S. RAY, *et al.*,

    Defendants.

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME

Defendants, by counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move this Honorable Court for entry of an Order extending the time in which to file a response to Plaintiff's Amended Complaint (Dkt. No. 25) for the reasons outlined below.

1. Plaintiff Uhuru Baraka Rowe ("Rowe" or "Plaintiff"), is an inmate incarcerated at Greensville Correctional Center ("Greensville").

2. On May 18, 2020, Rowe filed his Amended Complaint in this case. Dkt. No. 25.

3. On June 26, 2020, this Court issued an Order of Service.  Dkt. No. 28.

4. On August 19, 2020, the undersigned filed a Motion for Extension of Time seeking an additional 30 days to file a responsive pleading based on Counsel's heavy workload and personal obligations. Dkt. No. 36.

5. On August 24, 2020, this Court granted that motion and gave Defendants until September 25, 2020 to file a responsive pleading. Dkt. No. 37.

6. Counsel regrets to inform the Court that she again will not be able to meet the established deadline.

7. This week alone, Counsel has filed two substantive motions for summary judgment in a counselled case; two motions to dismiss in two *pro se* cases; and on Wednesday of this week, was scheduled to appear via a Zoom mediation on Friday, September 25, 2020 in another counselled case.

8. The mediation on Friday, September 25, 2020, lasted from 11am until 6:30pm.

9. Counsel must admit that, given the foregoing obligations, she has not had time to complete and file a response to Plaintiff's Complaint in this case.

10. Accordingly, Defendants request an additional seven (7) days in which to file a response, making Defendants' response to Plaintiff's Amended Complaint due no later than Friday October 2, 2020.

11. The undersigned assures this Court that no further extensions will be requested.

12. Pursuant to Federal Rule of Civil Procedure 6(b), Defendants submit that the foregoing obligations of counsel constitute good cause for an extension of time in this case.

13. The undersigned submits that this motion is made in good faith, is not interposed for the purpose of delay, will work no prejudice to Plaintiff, and is in the best interests of justice and judicial economy.

    Respectfully submitted,

    TRACY S. RAY, T.L. BIRCKHEAD, B. PERKINS, K. CLARK, MICHELLE CARPENTER, NATASHA PERKERSON, C. COLEMAN, L. SHAW, L. TAYLOR, and M. BRADLEY

By:       s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (Fax)
Email: lmaughan@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following: n/a.

I also hereby certify that I have sent the document, postage prepaid, to the following non-CM/ECF user:

    Uhuru Baraka Rowe, # 1131545
    Greensville Correctional Center
    901 Corrections Way
    Jarratt, Virginia 23870

        s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General