IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UHURU BARAKA ROWE**,

    Plaintiff,

v.   Civil Action No. **3:19CV418**

**TRACY S. RAY**, *et al.*,

    Defendants.

**MEMORANDUM ORDER**
**(Granting Second Extension of Time)**

    Plaintiff, a Virginia state prisoner proceeding *pro se* and *in forma pauperis*, submitted this action pursuant to 42 U.S.C. § 1983. On September 25, 2020, counsel for Defendants asked for a seven (7) day extension of time to file a response to the Amended Complaint. That request (ECF No. 39) is GRANTED to the extent that Defendants shall file a response by October 2, 2020.

    The Clerk of the Court is DIRECTED to send a copy of the Memorandum Order to Plaintiff and counsel of record.

    It is so ORDERED.

                                                                    /s/ RCY
                                                                    Roderick C. Young
Date:  September 29, 2020                         United States Magistrate Judge
Richmond, Virginia