IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UHURU BARAKA ROWE,

    Plaintiff,

v.                                                            CASE NO.  3:19cv418

TRACY S. RAY, *et al.*,

    Defendants.

**PARTIAL MOTION TO DISMISS**

Tracy S. Ray, T.L. Birckhead, B. Perkins, K. Clark, Michelle Carpenter, Natasha Perkerson, C. Coleman, L. Shaw, L. Taylor, and M. Bradley ("Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Counts 2 through Count 8 of Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. These defendants submit that Counts 2 through Count 8 fail to state a claim against them. Accordingly, Defendants move for dismissal for the reasons outlined in the memorandum accompanying this Motion.

    Respectfully submitted,

    TRACY S. RAY, T.L. BIRCKHEAD, B. PERKINS, K. CLARK, MICHELLE CARPENTER, NATASHA PERKERSON, C. COLEMAN, L. SHAW, L. TAYLOR, and M. BRADLEY

By:       s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (Fax)
Email: lmaughan@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following: n/a.

I also hereby certify that I have sent the document, postage prepaid, to the following non-CM/ECF user:

    Uhuru Baraka Rowe, # 1131545
    Greensville Correctional Center
    901 Corrections Way
    Jarratt, Virginia 23870

      s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General
