Norton Health Law, P.C.
525 Meade Ave.
Charlottesville, VA 22902



CERTIFIED MAIL

7019 1640 0000 2783 0891



1024



23219

U.S. POSTAGE PAID
PCM US ENV
CHARLOTTESVILLE, VA
22906
DEC 01 20
AMOUNT
**$8.00**
R2304E106825-50

RETURN RECEIPT
REQUESTED

United States District Court
Eastern District of Virginia
701 E Broad St
Richmond, VA 23219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
X _____
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States District Court
Eastern District of VA
701 E Broad St
Richmond, VA 23219

9590 9402 5747 0003 5483 84

2. Article Number (Transfer from service label)
7019 1640 0000 2783 0891

PS Form 3811, July 2015 PSN 7530-02-000-9053