```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683049885
Cashier ID: lbreeden
Transaction Date: 12/09/2020
Payer Name: UHURU BARAKA ROWE
------------------------------
PLRA CIVIL FILING FEE
 For: UHURU BARAKA ROWE
 Case/Party: D-VAE-3-19-CV-000418-001
 Amount:         $12.00
------------------------------
CHECK
 Check/Money Order Num: 1932122000
 Amt Tendered: $12.00
------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00

PLRA FILING FEE
```